1030

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN JOHN HEALY, *Appellant.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 04-1-00552-8, Stephen J. Dwyer, J., entered June 16, 2004. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Appelwick, C.J., concurred in by Baker and Cox, JJ.

THE STATE OF WASHINGTON, *Appellant,* v. GEORGE ANTONIO, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-00201-8, Ronald Kessler, J., entered October 15, 2004. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Coleman and Dwyer, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. SANTANA J. BALDERAS-RAMOS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-12651-3, Douglas D. McBroom, J., entered December 13, 2004. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. MEE HUI KIM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-10180-6, Douglass A. North, J., entered February 11, 2005. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick, C.J., and Becker, J. Now published at 134 Wn. App. 27.